1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL D. MATTHEWS,<br><br>                Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | Case No. C05-5670RBL<br><br>ORDER GRANTING I.F.P. APPLICATION |

    Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 7th day of November, 2005.

                                          */s/ J. Kelley Arnold*
                                          J. Kelley Arnold
                                          United States Magistrate Judge