HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENNIS MATHEWS,

    Petitioner,

v.

DOUG WADDINGTON,

    Respondent.

Case No. C05-5670 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Letter/Motion for Reconsideration [Dkt. #22].

Having considered the entirety of the records and file herein, the Court rules as follows:

This is a habeas corpus case. Petitioner seeks reconsideration of this Court's Order [Dkt. #21] adopting the Magistrate Judge's Report and Recommendation dismissing this case with prejudice. "Motions for reconsideration are disfavored." Cr 7(h), Local Rules W.D. Wash. They will not be granted absent "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Id. Here, petitioner has not shown any error nor has he raised any new facts or legal authority, and as such, the Letter/Motion for Reconsideration [Dkt. #22] is **DENIED**.

1 **IT IS SO ORDERED.**

2 The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
3 pro se.

4 Dated this 5th day of July, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE